1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: EDCR 16-00047-JGB |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | ) | PROCEEDINGS |
| | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| WILLIAM ESTADA, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CENTRAL  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

(x) other:_____

and/or

1 B. (x)    The defendant has not met his/her burden of establishing by clear and

2               convincing evidence that he/she is not likely to pose a danger to the safety

3              of any other person or the community if released under 18 U.S.C. §

4              3142(b) or (c).  This finding is based on the following:

5          (x)  information in the Pretrial Services Report and Recommendation

6          (x)  information in the violation petition and report(s)

7          (x) the defendant's nonobjection to detention at this time

8            ( ) other: _____

9

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further

11 revocation proceedings.

12

13 DATED:  June 17, 2016            _____

                                                                KENLY KIYA KATO
14                                                              UNITED STATES MAGISTRATE JUDGE